IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 1 4 2005 ★
BROOKLYN OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:     :     CIVIL ACTION NO. MDL 875
Kentile Floors Co. Inc.
Bankrupt Defendant

ALL ACTIONS
ILS-3-03-534
NYE-1-04-3179
NYE-1-04-3312

### ORDER OF DISMISSAL

DEFENDANT, Kentile Floors Co., Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 4/1/05

s/Charles R. Weiner

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 4-11-05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA